IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 94-20217-M1 |
| ALLEN ALEXANDER MASON, | ) |
| Defendant. | ) |

## ORDER

Upon motion of the United States, the re-sentencing hearing in the above-referenced case is continued until _Friday, July 8_, 2005, *at 10:30 AM*

IT IS SO ORDERED this __21__ day of June, 2005.

_____
JON P. McCALLA
U.S. District Judge

Approved by:

_____
Joseph C. Murphy, Jr.
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6/22/05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:94-CR-20217 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT